MARIA D'INZILLO, Appellant, v. JOSEPH BASILE, Respondent.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ. [180 Misc. 237.]